IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROMAN J. HEIMERL,

    Plaintiff,

v.

              Case No. 19-cv-175-wmc

ANDREW M. SAUL,
Commissioner of Social Security

    Defendant.

## JUDGMENT IN A CIVIL CASE

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Roman J. Heimerl remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

| s/ V. Olmo, Deputy Clerk | 3/23/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |